**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01560-CV

## IN THE INTEREST OF L.T. AND E.T., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-52955-2011**

## ORDER

The reporter's record is overdue in this appeal. The clerk's record contains a request for the record, but appellant's docketing statement does not indicate whether payment arrangements have been made. Accordingly, the Court **ORDERS** Kim Tinsley, official court reporter of the 401st Judicial District Court to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kim Tinsley, official court reporter, 401st Judicial District Court, and to counsel for all parties.

/s/      ELIZABETH LANG-MIERS
         JUSTICE